IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03265-LTB

LARRY GORDON,

    Plaintiff,

v.

BARACK OBAMA,
KATHLEEN SEBELIUS,
TOM CLEMENTS,
VANCE EVERETT,
FRANCIS FAULK,
C/O MILLER,
COLLEEN BLAKE, and
TRESSIE DELGADO,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 1, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 1 day of March, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ M.J. Garcia
                    Deputy Clerk